# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 69

| | |
|---|---|
| KEITH FAIRCHILD, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  ORDER |
| | ) |
| KUBOTA TRACTOR CORPORATION, | )<br>) |
| Defendant. | ) |

This matter is before the Court following the parties' submission of the Certificate of Initial Attorneys' Conference. In the certification and report [# 6] the parities indicated that they unanimously consent to Magistrate Judge jurisdiction.

The Court now **DIRECTS** the parties to file with the Court a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Civil Form AO 85. The document shall be filed on or before May 7, 2018.

Signed: April 23, 2018

_____
Dennis L. Howell
United States Magistrate Judge