## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:18 CV 69

| | | |
|---|---|---|
| KEITH FAIRCHILD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KUBOTA TRACTOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court *sua sponte*.

Presently pending is Defendant's fully briefed Motion for Summary Judgment (Doc. 21). The Court finds that a hearing may aid in the consideration of that motion.

Accordingly, the Clerk is respectfully directed to schedule a hearing. The jury trial, currently set for September 9, 2019, will be rescheduled.

Signed: August 12, 2019

W. Carleton Metcalf
United States Magistrate Judge