IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 69

| | | |
|---|---|---|
| KEITH FAIRCHILD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| KUBOTA TRACTOR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 4, 2019, the Court conducted a hearing on Defendant's Motion for Summary Judgment (Doc. 21). Counsel for Defendants appeared, but counsel for Plaintiff did not.

At the conclusion of the hearing, the Court directed Defendant to provide, in a supplemental brief of no longer than five (5) pages, additional authorities indicating how other jurisdictions have addressed statutes of limitation issues in the context of "lemon laws" that do not themselves contain statutes of limitation.

Defendants' supplemental brief was filed on September 11, 2019 (Doc. 30).

On October 17, 2019, the undersigned conducted a telephonic status conference with counsel for both parties, during which counsel for Plaintiff

requested an opportunity to submit a response to Defendant's supplemental brief. Defendant does not object, and the Court will allow Plaintiff's request.

Accordingly, Plaintiff is **GIVEN LEAVE** to submit a response to Defendant's supplemental brief. The response shall be no longer than five (5) pages in length and shall be filed no later than fourteen (14) days from the date of this Order.

Signed: October 24, 2019

W. Carleton Metcalf
United States Magistrate Judge