IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 69

| | |
|---|---|
| KEITH FAIRCHILD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| KUBOTA TRACTOR CORPORATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court *sua sponte*.

Trial is scheduled to begin on January 13, 2020. However, as Defendant's Motion for Summary Judgment (Doc. 21) remains under consideration, the Court in its discretion will continue the trial until the next term.

**IT IS THEREFORE ORDERED THAT** the trial of this matter is continued to March 9, 2020.

Signed: December 10, 2019

W. Carleton Metcalf
United States Magistrate Judge